# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DAVID WHITE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) |
| **CORELOGIC BACKGROUND DATA, LLC, formerly CORELOGIC NATIONAL BACKGROUND DATA, LLC,** | ) C.A. No. 23-cv-363 GBW |
| | ) |
| **Defendant.** | ) |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, David White, through the undersigned counsel, hereby dismisses the above-captioned case with prejudice. This Action shall be and hereby is dismissed with prejudice, and a judgment of dismissal with prejudice may be entered in the case.

[Signatures on Next Page]

1

Respectfully submitted,

**LAW OFFICE OF MARY HIGGINS, LLC**

<u>/s/Mary Higgins</u>
Mary Higgins, DE ID No.: 4179
University Office Plaza
260 Chapman Road, Suite 201D
Newark, DE 19702
(ph) 302-526-1754
(fx) 302-525-6618
mary.higgins@letsbelegal.com

Leonard A. Bennett (*pro hac vice*)
Drew D. Sarrett (*pro hac vice*)
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
(ph) 757-930-3660
lenbennett@clalegal.com
drew@clalegal.com
*Attorneys for Plaintiff*